

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00063-CV

| | | |
|---|---|---|
| JASON ANDERSON, Appellant | § | On Appeal from County Court at Law No. 2 |
| v. | § | of Denton County (CV-2024-00713) |
| | § | October 30, 2025 |
| G & S AUTO OF FORT WORTH VI, LLC D/B/A RV DEPOT OF CLEBURNE, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Jason Anderson shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Dabney Bassel_____
Justice Dabney Bassel